Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LOUIS DREYFUS COMMODITIES

        Plaintiff,

  - against -

THE AMERICAN STEAMSHIPOWNERS
MUTUAL PROTECTION AND INDEMNITY
ASSOCIATION, INC.

        Defendant.
----------------------------------------------------------------X

08 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**



NOW comes plaintiff, LOUIS DREYFUS COMMODITIES, and submits in duplicate its

Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

LOUIS DREYFUS COMMODITIES is a privately owned company with no publicly

traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
       January 9, 2008

                                          **CASEY & BARNETT, LLC**
                                          Attorneys for Plaintiff

                           By:   _____
                                          Martin F. Casey (MFC-1415)
                                          317 Madison Avenue, 21st Floor
                                          New York, New York 10017
                                          (212) 286-0225