```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

LOUIS DREYFUS COMMODITIES

      Plaintiff,

    - against -

THE AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND INDEMNITY
ASSOCIATION, INC.

      Defendant
-------------------------------------------------X

08 Civ. 0190 (GEL)

**NOTICE AND ORDER OF
VOLUNTARY
DISCONTINUANCE**

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with
the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is
voluntary dismissed without prejudice and without costs, no party having answered or
otherwise appeared in the action.

Dated: New York, New York
      February 22, 2008

                          **CASEY & BARNETT, LLC**
                          Attorneys for Plaintiff

          By:   _____
                    Martin F. Casey (MFC-1415)
                    317 Madison Avenue, 21st Floor
                    New York, New York 10017
                    (212) 286-0225

**SO ORDERED:**

_____
(USDJ)